# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) Case No. 6:90CR00112 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| **AUGUSTINE PEREZ**, | ) By: James P. Jones |
| | ) Chief United States District Judge |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that this action, styled by the defendant as a "Petition for Coram Nobis and Audita Querela," is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C.A. § 2255, and is DENIED without prejudice as successive. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

    ENTER: June 25, 2010

    /s/ JAMES P. JONES
    Chief United States District Judge